**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Anthony FEURTADO, a/k/a Anthony Greene, a/k/a Ginzo, a/k/a Gap, a/k/a Pretty Tony, a/k/a Tony Feurtado, a/k/a Anthony Lamar Brown, a/k/a Anthony Paul, Defendant—Appellant.**

**No. 09–7949.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 29, 2010.

Decided: May 3, 2010.

Anthony Feurtado, Appellant Pro Se. Mark C. Moore, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Feurtado appeals the district court's order denying his motion for sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Feurtado*, No. 3:96–cr–00325–SB–1 (D.S.C. Nov. 12, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*